"O"

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　　v.

JOSEPH HARRAL,

　　　　　　Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA 18-019M

ORDER OF DETENTION AFTER
HEARING [Fed. R. Crim. P. 32.1(a)(6);18
U.S.C. . § 3143(a)]

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Nebraska, for alleged violations of the terms and conditions of his supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, lack of bail resources.*

　　　and

B.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Instant allegations; criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: ___1/25/18___

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2